**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| Joseph W. Orosco, Jr. & Karen A. Orosco, | CASE NO. 05-53639 BL |
| | JUDGE Bruce W. Black (JOLIET) |
| Debtors. | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtors, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         Will Court Annex Building
         57 North Ottawa Street, Room 201
         Joliet, Illinois 60432

    on:  March 16, 2007
    at:  9:15 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         25,067.97

    b. Disbursements                         $         15,814.81

    c. Net Cash Available for Distribution   $          9,253.16

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $2,506.80 | |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7.  Claims of general unsecured creditors totaling $42,339.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 15.93%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA NA | $ 7,040.61 | $ 1,121.84 |
| 2 | Kohl's Department Store | $ 196.76 | $ 231.35 |
| 3 | American Express Travel Related Service, Inc. | $ 1,037.62 | $ 11,098.58 |
| 4 | American Express Centurion Bank | $ 6,894.61 | $ 206.42 |
| 5 | Midwest Verizon Wireless | $ 490.64 | $ 78.18 |
| 6 | Citibank USA NA | $ 5,165.68 | $ 823.09 |
| 7 | MBNA America Bank, NA | $ 12,715.17 | $ 2,026.02 |
| 8 | GE Consumer Finance | $ 273.35 | $ 43.56 |
| 9 | Recovery Management Systems Corporation | $ 192.56 | $ 30.68 |

| | | | |
|---|---|---|---|
| 10 | Citibank (South Dakota) NA | $ 8,332.73 | $ 1,327.73 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: N/A

Dated: <u>February 16, 2007</u>   For the Court,

By <u>KENNETH S GARDNER</u>
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:   MICHAEL G. BERLAND, Esq.
Address:   One NORTH LA SALLE STREET
           Suite 1775
           CHICAGO, IL 60602

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-53639  Doc 27  Filed 02/16/07  Entered 02/18/07 23:28:17  Desc Imaged
              Certificate of Service  Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 2         Date Rcvd: Feb 16, 2007
Case: 05-53639                 Form ID: pdf002          Total Served: 38
```

The following entities were served by first class mail on Feb 18, 2007.
```
db         +Joseph W Orosco, Jr,   104 Leisure Lane,   Oswego, IL 60543-9487
jdb        +Karen A Orosco,   104 Leisure Lane,   Oswego, IL 60543-9487
aty        +David M Siegel,   David M. Siegel & Associates,   790 Chaddick Drive,   Wheeling, IL 60090-6005
aty        +Leon W. Moore,   Blatt, Hasenmiller, Leibsker & Moore LLC,   125 S. Wacker Drive Suite 400,
             Chicago, IL 60606-4440
tr         +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
cr         +Midwest Operating Engineers Credit Union,   6240 JOLIET ROAD,   COUNTRYSIDE, IL 60525-3957
cr         +Sterling, Inc.,   c/o Blatt, Hasenmiller, Leibsker & Moore,   125 S. Wacker Dr, Suite 400,
             Chicago, IL 60606-4440
10608069    American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10203790    American Express Travel Related Services Co., Inc,   c/o Becket and Lee, LLP,   POB 3001,
             Malvern, PA 19355-0701
10203791   +CBUSA,   CCS Gray OPS Center,   541 Sid Martin Rd.,   Gray, TN 37615-6210
10203792    CBUSASEARS,   133200 Smith Rd.,   Cleveland, OH 44130
10203793   +Chase,   201 N. Walnut St.,   Wilmington, DE 19801-2920
10557987   +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
10203794    Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
10622408   +Citibank USA NA,   dba The Home Depot,   P O Box 9025,   Des Moines, IA 50368-9025
10648819   +Citibank(South Dakota),NA,   Citibank/Choice,   Exception Payment Processing,   P O Box 6305,
             The Lakes, NV 88901-6305
10203795    Dreyer Medical Clinic,   P.O. Box 2091,   Aurora, IL 60507-2091
10203796   +Ford Motor Credit,   12110 Emmet,   Omaha, NE 68164-4263
10203797   +Fox Valley Cardiovascular,   1320 N. Highland Ave.,   Suite A,   Aurora, IL 60506-1468
10631825   +GE Consumer Finance,   For GE Money Bank,   dba LENSCRAFTERS,   P.O. BOX 960061,
             Orlando, Fl 32896-0061
10203799   +GEMB/SAM,   PO Box 981400,   El Paso, TX 79998-1400
10203798   +Gemb/Lens,   c/o Cardholder Operations,   PO Box 276 Mail Code OH 3-4258,   Dayton, OH 45401-0276
10203800   +Jaguar Credit,   PO Box 111897,   Nashville, TN 37222-1897
10203801    Jaguar Credit,   Dept. 193901, P.O. Box 55000,   Detroit, MI 48255-1939
10203802   +Kay,   375 Ghent Rd.,   Akron, OH 44333-4600
10605678   +Kohl's Department Store,   c/o Creditors Bankruptcy Service,   P O Box 740933,
             Dallas, TX 75374-0933
10203803   +Kohls,   N56 W17000 Ridgewood Dr.,   Menomonee Falls, WI 53051-5660
10203804   +MBNA America,   PO Box 17054,   Checkmate PO Box 16527,   Wilmington, DE 19884-0001
10629777   +MBNA America Bank, N A,   P O Box 15168 MS 1423,   Wilmington, DE 19850-5168
10203805   +Midwest Oper. Credit Union,   6240 Joliet Rd.,   Countryside, IL 60525-3957
10618415   +Midwest Verizon Wireless,   AFNI/Verizon Wireless,   404 Brock Drive,   Bloomington, IL 61701-2654
10203806   +Primary Care West,   1300 N. Highland Ave.,   Aurora, IL 60506-1451
10203807   +Provena St. Joseph Med. Center,   c/o KCA Financial Services,   628 North Street,
             Geneva, IL 60134-1356
10203808    Quest Diagnostics,   PO Box 64804,   Baltimore, MD 21264-4804
10631940   +Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
10203810   +Washington Mutual Bank,   9451 Corbin Ave.,   Northridge, CA 91324-1665
10203811   +Wells Fargo Finance,   1248 N. Lake Street,   Aurora, IL 60506-2453
```

The following entities were served by electronic transmission on Feb 17, 2007.
```
10203809    E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 17 2007 02:33:19      Verizon Wireless,
             PO Box 25506,   Lehigh Valley, PA 18002-5506
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         James Romag,   Casey, Brannen & Romag
10608068*   American Express Travel Related Services Co Inc,   c/o Becket and Lee LLP,   POB 3001,
             Malvern PA 19355-0701
                                                                                         TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Feb 16, 2007
Case: 05-53639                Form ID: pdf002          Total Served: 38
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2007**                    **Signature:**    _/s/ Joseph Speetjens_