IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>OROSCO, JOSEPH W, JR.<br>OROSCO, KAREN A<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-53639 BL<br><br>JUDGE Bruce W. Black(JOLIET) |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A"

    All checks have been cashed. The Form 2 is attached as Exhibit "B".

    The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

                                                    /s/ Michael G. Berland Trustee

Dated: 1/29//08

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>OROSCO, JOSEPH W, JR.<br>OROSCO, KAREN A<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-53639 BL<br><br>JUDGE Bruce W. Black(Joliet) |

### DISTRIBUTION REPORT

I, MICHAEL G. BERLAND, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,506.80 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 6,760.10 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$ 9,266.90** |

EXHIBIT A 

DISTRIBUTION REPORT                                                          PAGE 1

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims $ | 0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) $ | 2,506.80 | 100.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| MICHAEL G. BERLAND | 2,506.80 | 2,506.80 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) $ | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) $ | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| TOTAL $ |  | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 $ | 0.00 | 0.00% |

EXHIBIT D A

**DISTRIBUTION REPORT**  PAGE 2

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: $ | 0.00 | 0.00% |

EXHIBIT D

DISTRIBUTION REPORT                                                  PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) $ | | 42,339.73 | 15.97% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7,040.61 | 1,124.14 |
| 2 | Kohl's Department Store | 196.76 | 31.42 |
| 3 | American Express Travel Related Services Co., Inc | 1,037.62 | 165.67 |
| 4 | American Express Centurion Bank | 6,894.61 | 1,100.81 |
| 5 | Midwest Verizon Wireless | 490.64 | 78.34 |
| 6 | Citibank USA NA | 5,165.68 | 824.77 |
| 7 | MBNA America Bank, N A | 12,715.17 | 2,030.14 |
| 8 | GE Consumer Finance | 273.35 | 43.64 |
| 9 | Recovery Management Systems Corporation | 192.56 | 30.74 |
| 10 | Citibank(South Dakota),NA | 8,332.73 | 1,330.43 |
| | | TOTAL $ | 6,760.10 |


EXHIBIT A

**DISTRIBUTION REPORT**  **PAGE 4**

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated unsecured claims $ | 0.00 | 0.00% |
| **CLAIM NUMBER   CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL     $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims $ | 0.00 | 0.00% |
| **CLAIM NUMBER   CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL     $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties $ | 0.00 | 0.00% |
| **CLAIM NUMBER   CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL     $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest $ | 0.00 | 0.00% |
| **CLAIM NUMBER   CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL     $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor $ | 0.00 | 0.00% |
| **CLAIM NUMBER   CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL     $ | 0.00 |

EXHIBIT A

**DISTRIBUTION REPORT**  PAGE 5

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: March 19, 2007         /s/Michael G. Berland, Trustee
                              ───────────────────────────────
                              MICHAEL G. BERLAND, Trustee

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| OROSCO, JOSEPH W, JR. | |
| OROSCO, KAREN A | CASE NO. 05-53639 BL |
| | JUDGE Bruce W. Black (Joliet) |
| Debtor(s) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,506.80 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 2,506.80 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |

1

|   |   |   |
|---|---|---|
| c. Chapter 11 compensation | $ | 0.00 |
| d. Chapter 11 Expenses | $ | 0.00 |
| 3. Other Professionals |   |   |
| TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200 __.

ENTERED    _____
            Bruce W. Black
            UNITED STATES BANKRUPTCY JUDGE

ENTERED
MAR 16 2007
BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

2

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-53639 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | OROSCO, JOSEPH W, JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OROSCO, KAREN A | | Account: | ***-*****96-65 - Money Market Account |
| Taxpayer ID #: | 13-7502213 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/06 | {8} | Liberty Mutual | Settlement of personal injury pursuant to court order | 1142-000 | 25,000.00 | | 25,000.00 |
| 03/22/06 | 1001 | Casey, Brannen & Romag | Payment of attorney fee pursuant t ocurt order | 3210-600 | | 4,166.66 | 20,833.34 |
| 03/22/06 | 1002 | Casey, Brannen & Romag | Payment of special counsel expenses pursuant to court order | 3220-610 | | 1,705.89 | 19,127.45 |
| 03/29/06 | | To Account #*********9666 | Transfer to 66 account to write additonal checks without penalty | 9999-000 | | 2,442.26 | 16,685.19 |
| 03/29/06 | 1003 | Joseph Orosco | Payment of personal injury exemption | 8100-002 | | 7,500.00 | 9,185.19 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.40 | | 9,196.59 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.45 | | 9,204.04 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.26 | | 9,210.30 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.06 | | 9,216.36 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.26 | | 9,222.62 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.27 | | 9,228.89 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.86 | | 9,234.75 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.47 | | 9,241.22 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.07 | | 9,247.29 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.87 | | 9,253.16 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.17 | | 9,259.33 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.61 | | 9,263.94 |
| 03/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 2.96 | | 9,266.90 |
| 03/19/07 | | To Account #*********9666 | Transfer for purpose of final distribution | 9999-000 | | 9,266.90 | 0.00 |

Exhibit B

Subtotals: $25,081.71   $25,081.71

{} Asset reference(s)

Printed: 01/29/2008 08:51 AM   V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-53639 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | OROSCO, JOSEPH W, JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OROSCO, KAREN A | | Account: | ***-*****96-65 - Money Market Account |
| Taxpayer ID #: | 13-7502213 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 25,081.71 | 25,081.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,709.16 | |
| | | | **Subtotal** | | 25,081.71 | 13,372.55 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,081.71** | **$5,872.55** | |

{} Asset reference(s)

Printed: 01/29/2008 08:51 AM   V.10.03

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 05-53639 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | OROSCO, JOSEPH W, JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OROSCO, KAREN A | | Account: | ***-*****96-66 - Checking Account |
| Taxpayer ID #: | 13-7502213 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/06 | | From Account #*********9665 | Transfer to 66 account to write additonal checks without penalty | 9999-000 | 2,442.26 | | 2,442.26 |
| 03/29/06 | 101 | Midwest Operating Engineers | Payment of lien pursuant to court order | 5200-000 | | 1,836.22 | 606.04 |
| 03/29/06 | 102 | Dreyer Medical Group | Payment of lien pursuant to court order | 5200-000 | | 514.10 | 91.94 |
| 03/29/06 | 103 | Dreyer Ambulatory Surgery Center | Payment of lien pursuant to court order | 5200-000 | | 91.94 | 0.00 |
| 03/19/07 | | From Account #*********9665 | Transfer for purpose of final distribution | 9999-000 | 9,266.90 | | 9,266.90 |
| 03/21/07 | 104 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,506.80, Trustee Compensation; Reference: | 2100-000 | | 2,506.80 | 6,760.10 |
| 03/21/07 | 105 | Chase Bank USA, N.A. | Dividend paid 15.96% on $7,040.61; Claim# 1; Filed: $7,040.61; Reference: | 7100-000 | | 1,124.14 | 5,635.96 |
| 03/21/07 | 106 | Kohl's Department Store | Dividend paid 15.96% on $196.76; Claim# 2; Filed: $196.76; Reference: | 7100-000 | | 31.42 | 5,604.54 |
| 03/21/07 | 107 | American Express Travel Related Services Co., Inc | Dividend paid 15.96% on $1,037.62; Claim# 3; Filed: $1,037.62; Reference: | 7100-000 | | 165.67 | 5,438.87 |
| 03/21/07 | 108 | American Express Centurion Bank | Dividend paid 15.96% on $6,894.61; Claim# 4; Filed: $6,894.61; Reference: | 7100-000 | | 1,100.81 | 4,338.06 |
| 03/21/07 | 109 | Midwest Verizon Wireless | Dividend paid 15.96% on $490.64; Claim# 5; Filed: $490.64; Reference: | 7100-000 | | 78.34 | 4,259.72 |
| 03/21/07 | 110 | Citibank USA NA | Dividend paid 15.96% on $5,165.68; Claim# 6; Filed: $5,165.68; Reference: | 7100-000 | | 824.77 | 3,434.95 |
| 03/21/07 | 111 | MBNA America Bank, N A | Dividend paid 15.96% on $12,715.17; Claim# 7; Filed: $12,715.17; Reference: | 7100-000 | | 2,030.14 | 1,404.81 |
| 03/21/07 | 112 | GE Consumer Finance | Dividend paid 15.96% on $273.35; Claim# 8; Filed: $273.35; Reference: | 7100-000 | | 43.64 | 1,361.17 |
| 03/21/07 | 113 | Recovery Management Systems Corporation | Dividend paid 15.96% on $192.56; Claim# 9; Filed: $192.56; Reference: | 7100-000 | | 30.74 | 1,330.43 |
| | | | Subtotals : | | $11,709.16 | $10,378.73 | |

{} Asset reference(s)                                                                              Printed: 01/29/2008 08:51 AM   V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-53639 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | OROSCO, JOSEPH W, JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OROSCO, KAREN A | | Account: | \*\*\*-\*\*\*\*\*96-66 - Checking Account |
| Taxpayer ID #: | 13-7502213 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/07 | 114 | Citibank(South Dakota),NA | Dividend paid 15.96% on $8,332.73; Claim# 10; Filed: $8,332.73; Reference: | 7100-000 | | 1,330.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,709.16 | 11,709.16 | $0.00 |
| | | | Less: Bank Transfers | | 11,709.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 11,709.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$11,709.16** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*96-65 | 25,081.71 | 5,872.55 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*96-66 | 0.00 | 11,709.16 | 0.00 |
| | $25,081.71 | $17,581.71 | $0.00 |

{} Asset reference(s)  
Printed: 01/29/2008 08:51 AM    V.10.03

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 05-53639 BL | Trustee: | (520196) MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | OROSCO, JOSEPH W, JR. | Filed (f) or Converted (c): | 10/13/05 (f) |
| | OROSCO, KAREN A | §341(a) Meeting Date: | 12/19/05 |
| Period Ending: | 12/31/07 | Claims Bar Date: | 03/22/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 104 Leisure Lane, Oswego-scheduled | 250,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking-5th Tird-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Savings-MOE Credit Union-scheduled | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Whole life insurance-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Profit sharing-scheduled | 5,000.00 | 0.00 | | 0.00 | FA |
| 8 | Personal injury lawsuit-scheduled | Unknown | 0.00 | | 25,000.00 | FA |
| 9 | 2002 Jaguar-scheduled | 19,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2003 Saturn-scheduled | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | Pets-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 81.71 | Unknown |
| 12 | Assets   Totals (Excluding unknown values) | $286,300.00 | $0.00 | | $25,081.71 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee appointed special counsel in a personal injury case. That case was settled. The Trustee filed his Final Report and made the distributtion to creditors. The Trustee has filed his Final Account with the UST for review.

Printed: 01/29/2008 08:52 AM   V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-53639 BL | Trustee: | (520196) MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | OROSCO, JOSEPH W, JR. | Filed (f) or Converted (c): | 10/13/05 (f) |
| | OROSCO, KAREN A | §341(a) Meeting Date: | 12/19/05 |
| Period Ending: | 12/31/07 | Claims Bar Date: | 03/22/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  August 31, 2009      Current Projected Date Of Final Report (TFR):  August 31, 2009

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-53639 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | OROSCO, JOSEPH W, JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OROSCO, KAREN A | | Account: | ***-*****96-65 - Money Market Account |
| Taxpayer ID #: | 13-7502213 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/06 | {8} | Liberty Mutual | Settlement of personal injury pursuant to court order | 1142-000 | 25,000.00 | | 25,000.00 |
| 03/22/06 | 1001 | Casey, Brannen & Romag | Payment of attorney fee pursuant t ocurt order | 3210-600 | | 4,166.66 | 20,833.34 |
| 03/22/06 | 1002 | Casey, Brannen & Romag | Payment of special counsel expenses pursuant to court order | 3220-610 | | 1,705.89 | 19,127.45 |
| 03/29/06 | | To Account #*********9666 | Transfer to 66 account to write additonal checks without penalty | 9999-000 | | 2,442.26 | 16,685.19 |
| 03/29/06 | 1003 | Joseph Orosco | Payment of personal injury exemption | 8100-002 | | 7,500.00 | 9,185.19 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.40 | | 9,196.59 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.45 | | 9,204.04 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.26 | | 9,210.30 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.06 | | 9,216.36 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.26 | | 9,222.62 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.27 | | 9,228.89 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.86 | | 9,234.75 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.47 | | 9,241.22 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.07 | | 9,247.29 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.87 | | 9,253.16 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.17 | | 9,259.33 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.61 | | 9,263.94 |
| 03/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 2.96 | | 9,266.90 |
| 03/19/07 | | To Account #*********9666 | Transfer for purpose of final distribution | 9999-000 | | 9,266.90 | 0.00 |

Subtotals :   $25,081.71   $25,081.71

{} Asset reference(s)

Printed: 01/29/2008 08:52 AM   V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-53639 BL | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** OROSCO, JOSEPH W, JR. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| OROSCO, KAREN A | **Account:** ***-*****96-65 - Money Market Account |
| **Taxpayer ID #:** 13-7502213 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/31/07 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 25,081.71 | 25,081.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,709.16 | |
| | | | **Subtotal** | | 25,081.71 | 13,372.55 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,081.71** | **$5,872.55** | |

{} Asset reference(s)

Printed: 01/29/2008 08:52 AM   V.10.03

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-53639 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | OROSCO, JOSEPH W, JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OROSCO, KAREN A | | Account: | \*\*\*-\*\*\*\*\*96-66 - Checking Account |
| Taxpayer ID #: | 13-7502213 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/06 | | From Account #\*\*\*\*\*\*\*\*9665 | Transfer to 66 account to write additonal checks without penalty | 9999-000 | 2,442.26 | | 2,442.26 |
| 03/29/06 | 101 | Midwest Operating Engineers | Payment of lien pursuant to court order | 5200-000 | | 1,836.22 | 606.04 |
| 03/29/06 | 102 | Dreyer Medical Group | Payment of lien pursuant to court order | 5200-000 | | 514.10 | 91.94 |
| 03/29/06 | 103 | Dreyer Ambulatory Surgery Center | Payment of lien pursuant to court order | 5200-000 | | 91.94 | 0.00 |
| 03/19/07 | | From Account #\*\*\*\*\*\*\*\*9665 | Transfer for purpose of final distribution | 9999-000 | 9,266.90 | | 9,266.90 |
| 03/21/07 | 104 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,506.80, Trustee Compensation; Reference: | 2100-000 | | 2,506.80 | 6,760.10 |
| 03/21/07 | 105 | Chase Bank USA, N.A. | Dividend paid 15.96% on $7,040.61; Claim# 1; Filed: $7,040.61; Reference: | 7100-000 | | 1,124.14 | 5,635.96 |
| 03/21/07 | 106 | Kohl's Department Store | Dividend paid 15.96% on $196.76; Claim# 2; Filed: $196.76; Reference: | 7100-000 | | 31.42 | 5,604.54 |
| 03/21/07 | 107 | American Express Travel Related Services Co., Inc | Dividend paid 15.96% on $1,037.62; Claim# 3; Filed: $1,037.62; Reference: | 7100-000 | | 165.67 | 5,438.87 |
| 03/21/07 | 108 | American Express Centurion Bank | Dividend paid 15.96% on $6,894.61; Claim# 4; Filed: $6,894.61; Reference: | 7100-000 | | 1,100.81 | 4,338.06 |
| 03/21/07 | 109 | Midwest Verizon Wireless | Dividend paid 15.96% on $490.64; Claim# 5; Filed: $490.64; Reference: | 7100-000 | | 78.34 | 4,259.72 |
| 03/21/07 | 110 | Citibank USA NA | Dividend paid 15.96% on $5,165.68; Claim# 6; Filed: $5,165.68; Reference: | 7100-000 | | 824.77 | 3,434.95 |
| 03/21/07 | 111 | MBNA America Bank, N A | Dividend paid 15.96% on $12,715.17; Claim# 7; Filed: $12,715.17; Reference: | 7100-000 | | 2,030.14 | 1,404.81 |
| 03/21/07 | 112 | GE Consumer Finance | Dividend paid 15.96% on $273.35; Claim# 8; Filed: $273.35; Reference: | 7100-000 | | 43.64 | 1,361.17 |
| 03/21/07 | 113 | Recovery Management Systems Corporation | Dividend paid 15.96% on $192.56; Claim# 9; Filed: $192.56; Reference: | 7100-000 | | 30.74 | 1,330.43 |
| | | | Subtotals : | | $11,709.16 | $10,378.73 | |

{} Asset reference(s)                                                                                                   Printed: 01/29/2008 08:52 AM   V.10.03

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-53639 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | OROSCO, JOSEPH W, JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OROSCO, KAREN A | | Account: | \*\*\*-\*\*\*\*\*96-66 - Checking Account |
| Taxpayer ID #: | 13-7502213 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/21/07 | 114 | Citibank(South Dakota),NA | Dividend paid 15.96% on $8,332.73; Claim# 10; Filed: $8,332.73; Reference: | 7100-000 | | 1,330.43 | 0.00 |
| | | | ACCOUNT TOTALS | | 11,709.16 | 11,709.16 | $0.00 |
| | | | Less: Bank Transfers | | 11,709.16 | 0.00 | |
| | | | Subtotal | | 0.00 | 11,709.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $11,709.16 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| MMA # \*\*\*-\*\*\*\*\*96-65 | 25,081.71 | 5,872.55 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*96-66 | 0.00 | 11,709.16 | 0.00 |
| | $25,081.71 | $17,581.71 | $0.00 |

{} Asset reference(s)   Printed: 01/29/2008 08:52 AM   V.10.03