UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Joseph W. Orosco, Jr. | ) | Case Number 05 B 53639 |
| & Karen A. Orosco, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors. | ) | |

## NOTICE OF FILING OF U.S. TRUSTEE'S MEMORANDUM
## OF REVIEW OF TRUSTEE'S FINAL ACCOUNT

To:   Michael Berland, Esq.
      One North La Salle Street
      Suite 1775
      Chicago, IL 60602
      einstein829@earthlink.net

Please take notice that on January 30, 2008, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee of Review of the Trustee's Final Account. A copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 14, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

Dated:  January 30, 2008

BY   /s/ Dean Harvalis
Assistant United States Trustee
Attorney Id.#03126564
Office of the U.S. Trustee
227 West Monroe Street, Suite 3350
Chicago, Illinois 60606
(312) 886-5785

## CERTIFICATE OF SERVICE

I, Dean Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on January 30, 2008.

/s  Dean Harvalis